AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>Natanael Arenas-Salas<br><br>*Defendant* | Case No. 13-mj-1062 (AMD) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __07/04/2013__ in the county of __Salem__ in the _____ District of __New Jersey__, the defendant violated __8__ U. S. C. § __see below__, an offense described as follows:

being an alien who had been deported and removed and had departed the United States while an order of deportation and removal was outstanding, and whose deportation was subsequent to a conviction for commission of an aggravated felony, did knowingly and willfully enter and was found in the United States without the express consent of the Attorney General of the United States...in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert T. Lombardi, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/02/2013__

_____
*Judge's signature*

City and state: __Camden, New Jersey__   Ann Marie Donio, U.S. Magistrate Judge
*Printed name and title*

CONTENTS APPROVED

UNITED STATES ATTORNEY

By:   *Jacqueline M. Carle*

Jacqueline M. Carle, Assistant U.S. Attorney

Date:  December 2, 2013

# ATTACHMENT

I, Robert T. Lombardi, a Deportation Officer for the United States Department of Security, Bureau of Immigration and Customs Enforcement (ICE), having conducted an investigation and having discussed this matter with other individuals, have knowledge of the following:

1. On July 4, 2013, Natanael ARENAS-SALAS ("ARENAS-SALAS") was arrested by the New Jersey State Police for Simple Assault and Threat to Kill and placed in the Salem County Jail in Salem, New Jersey. Officials at the Salem County Jail notified ICE that ARENAS-SALASA was in their custody. A check of ARENAS-SALAS through the National Crime Information Center (NCIC), alerted ICE that ARENAS-SALAS was previously deported from the United States. On July 9, 2013, an ICE officer interviewed ARENAS-SALAS at the Salem County Jail after advising ARENAS-SALAS of his Miranda rights. The same ICE officer also fingerprinted ARENAS-SALAS on that same date. ICE officers subsequently took ARENAS-SALAS into ICE custody on November 6, 2013 and transported him to the Essex County Jail.

2. Your affiant reviewed ARENAS-SALAS' Immigration file, which reveals that ARENAS-SALAS is a citizen and national of Mexico and was deported from the United States on or about October 28, 2009.

3. ARENAS-SALAS has four separate felony Burglary convictions out of Queens County, New York that were all sentenced on January 28, 2009. ARENAS-SALAS received a sentence of 2-6 years on two Burglary counts (to run concurrent to each other) and 1 ½ -4 ½ years on the other two Burglary convictions (to run concurrent to each other, but consecutive to the first two counts). Those convictions constitute aggravated felonies under Title 8, United States Code, Section 1101(a)(43)(G).

4. The fingerprints taken from ARENAS-SALAS on July 9, 2013 have been compared to and match the fingerprints on the most recent warrant of deportation for ARENAS-SALAS, dated October 5, 2009.

5. Your affiant obtained a "certification of non-existence of a record of filing for permission to reapply for admission to the United States after deportation." That documentation certifies that ARENAS-SALAS never applied for permission to re-enter the United States.